MARY MURTHA, Respondent, *v.* CENTRAL PARK, NORTH
    AND EAST RIVER RAILROAD COMPANY, Appellant.

*Murtha* v. *Central Park, N. & E. R. R. R. Co.*, 154 App. Div. 937,
affirmed.

(Argued March 15, 1915; decided April 13, 1915.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department, entered
February 6, 1913, affirming a judgment in favor of
plaintiff entered upon a verdict in an action to recover
for personal injuries alleged to have been sustained by
plaintiff through the negligence of defendant.   Plaintiff
alleged that while she was lawfully walking upon White-
hall street, along which one of the defendant's cars, pro-
pelled by horses, was passing, defendant's employees were
in the act of supplying water to the horses from a pail and
one of them carelessly and negligently placed, pushed or
threw the pail on the sidewalk or crossing from which
plaintiff was passing at the time, directly in front of her,
without any warning, " thereby causing her to fall and
violently throwing her to the ground."

*Chase Mellen* and *Charles E. Chalmers* for appellant.

*Francis J. Hogan* and *Anthony J. Ernest* for
respondent.

Judgment affirmed, with costs; no opinion.
    Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN,
CUDDEBACK, MILLER, CARDOZO and SEABURY, JJ.